IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILLIE J. MANCELL,

    Plaintiff,

  v.

                                                  NO. CIV 13-00417 KG/SMV

SECRETARY OF THE ARMY
JOHN M. McHUGH,

    Defendant.

## ORDER GRANTING MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE

This matter having come before the Court upon Defendant's Motion to Extend Pretrial Motions Deadline (Doc. 35), the Court having reviewed the motion and being advised in the premises finds that the motion is well taken and should be granted.

IT IS HEREBY ORDERED that the deadline for the Parties to file pretrial motions is extended until August 11, 2014.

                                                STEPHAN M. VIDMAR
                                                United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted on 6/25/14*
MICHAEL H. HOSES
Assistant United States Attorney
Attorney for Defendant

*Approved on 6/25/14*
DONALD G. GILPIN
Attorney for Plaintiff