IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BILLIE J. MANCELL,

    Plaintiff,

vs.                                               Civ. No. 13-417 KG/SMV

SECRETARY OF THE ARMY,
JOHN M. McHUGH,

    Defendant.

## FINAL SUMMARY JUDGMENT

Having granted Defendant's Motion for Summary Judgment (Doc. 37) by a Memorandum Opinion and Order entered contemporaneously with this Final Summary Judgment,

IT IS ORDERED that

1. summary judgment is entered in Defendant's favor on Counts I and II of Plaintiff's Complaint for Employment Discrimination and Retaliation (Doc. 1); and

2. Plaintiff's Complaint for Employment Discrimination and Retaliation (Doc. 1) is dismissed with prejudice, thereby terminating this case.

_____
UNITED STATES DISTRICT JUDGE